442 A.2d 356

Munn v. Sult, Appellants.

Argued January 21, 1981. Daniel G. Flannery, submitted a brief on behalf of appellants; Elliot B. Edley, for appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

442 A.2d 356

Riley, a minor, etc. v. Byun, Appellant.

Argued January 20, 1981. Gilbert P. High, Jr., for appellant; Theodore Q. Thompson, submitted a brief on behalf of appellee.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.